IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RASHAD LAMAR KING,** | Case No. 3:21-cv-08309-TLT (PR) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **E. MACAY, et al.,** | |
| Defendants. | |

    Plaintiff Rashad Lamar King and Defendants Tange (Avina) and Macay (collectively, the parties) have resolved this case in its entirety. Accordingly, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own litigation costs and attorney's fees.

Dated:  September 20, 2023

*[signature]*
The Honorable Trina L. Thompson